Commonwealth *v.* Vitucci, Appellant.

Submitted September 18, 1970. *Frank J. McDonnell,* Assistant Public Defender, for appellant; *William J. McDonald,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Walker, Appellant.

Argued September 21, 1970. *John W. Packel,* Assistant Defender, with him *William P. Stewart,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.